IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID W. ALLEN,
ADC #140483                                                                                        PLAINTIFF

v.                                            4:08-CV-00505 GTE/HLJ

SCOTT ADAMS                                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal taken from this Judgment and the accompanying Memorandum and Order is considered frivolous and not in good faith.

IT IS SO ORDERED this  8th  day of July, 2008.


_/s/Garnett Thomas Eisele_____
United States District Judge